UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CASEY STERLING MATTSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Defendant. | Case No: 20-cv-02131 SBA <br><br> **CONDITIONAL DISMISSAL ORDER** |

Having received notice of the settlement of the action, see Dkt. 19, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED. All scheduled dates are VACATED. In the event that the settlement is not realized, any party may move to reopen the case and pretrial and trial dates will be reset, provided such motion is filed within sixty (60) days of the date this order is filed.

IT IS SO ORDERED.

Dated: 12/09/2020

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge